# In the United States Court of Federal Claims

JOSEPH PARROTT SR.

       Plaintiff(s),

v.

THE UNITED STATES,

       Defendant.

Case No. 25-912 C

Judge _____

## COMPLAINT

Your complaint must be clearly handwritten or typewritten, and you must sign and declare under penalty of perjury that the facts are correct. If you need additional space, you may use another blank page. A fillable pdf is available at http://uscfc.uscourts.gov/filing-a-complaint.

If you intend to proceed without the prepayment of filing fees (*in forma pauperis* (IFP)), pursuant to 28 U.S.C. § 1915, you must file along with your complaint an application to proceed IFP.

1. **JURISDICTION.** State the grounds for filing this case in the United States Court of Federal Claims. The United States Court of Federal Claims has limited jurisdiction (*see* e.g., 28 U.S.C. §§ 1491-1509).

Class Action Settlement Regarding Overpayments
The letter dated May 5, 2025, addresses a class action settlement in the case of Campos, et al. v. Kijakazi, concerning overpayments of Supplemental Security Income (SSI) from March 2020 through April 2023.
The settlement involves waiving SSI overpayments made from March 2020 through September 2020 without requiring a separate waiver request, except in cases of fraud or misuse by a representative payee.
If an overpayment is not waived under the settlement, individuals may still request a waiver if they believe the overpayment was not their fault and meet certain conditions, such as financial hardship.
The settlement also provides for the return of money already repaid if the overpayment is waived under the agreement.
Appeal of Denial of Disability Benefits
The letter dated February 24, 2025, is an appeal on behalf of Joseph Parrott regarding the denial of his Social Security Disability benefits.
Mr. Parrott's appeal is based on substantial medical evidence, including a massive brain tumor and heart failure, which significantly impair his ability to work.
The denial was based on insufficient work credits and lack of medical evidence, which Mr. Parrott disputes.
The appeal argues that the denial contravenes the principles of equal protection and due process under the Fifth and Fourteenth Amendments.
Mr. Parrott requests reconsideration of his application and a hearing before an Administrative Law Judge to present additional evidence. Overpayments and Earnings Records
Joseph Parrott's payment history shows discrepancies, with overpayments totaling $9,773.53 identified for various months, including August 2019 and September 2020.
The overpayments were due to incorrect payment amounts, with no underpayments recorded.
"In light of the above, we respectfully request a reconsideration of Mr. Parrott's application for disability benefits. We urge the Social Security Administration to review the comprehensive medical evidence provided and to recognize Mr. Parrott's legitimate entitlement to benefits. Additionally, we request that any further proceedings be conducted with full consideration of Mr. Parrott's rights under the Constitution and the Social Security Act."

A-5

2. **PARTIES**

Plaintiff, JOSEPH PARROTT SR._____, resides at 7643 GATE PARKWAY SUITE 104-890
(Street Address)

Jacksonville, Florida 32256_____, 9770) 305-9608_____
(City, State, ZIP Code) (Telephone Number)

If more than one plaintiff, provide the same information for each plaintiff below.

_____
_____
_____

3. **PREVIOUS LAWSUITS.** Have you begun other lawsuits in the United States Court of Federal Claims?  ☐ Yes ☑ No

If yes, please list cases: _____

4. **STATEMENT OF THE CLAIM.** State as briefly as possible the facts of your case. Describe how the United States is involved. You must state exactly what the United States did, or failed to do, that has caused you to initiate this legal action. Be as specific as possible and use additional paper as necessary.

The letter dated February 24, 2025, is an appeal on behalf of Joseph Parrott regarding the denial of his Social Security Disability benefits.
Mr. Parrott's appeal is based on substantial medical evidence, including a massive brain tumor and heart failure, which significantly impair his ability to work.
The denial was based on insufficient work credits and lack of medical evidence, which Mr. Parrott disputes.
The appeal argues that the denial contravenes the principles of equal protection and due process under the Fifth and Fourteenth Amendments. Overpayments and Earnings Records
Joseph Parrott's payment history shows discrepancies, with overpayments totaling $9,773.53 identified for various months, including August 2019 and September 2020.
The overpayments were due to incorrect payment amounts, with no underpayments recorded. "I am writing on behalf of my client, Joseph Parrott, to formally appeal the denial of his application for Social Security Disability benefits. Mr. Parrott has been unjustly denied benefits despite substantial medical evidence supporting his claim of disability. This letter outlines the basis for his appeal and asserts his entitlement to benefits under the Social Security Act and relevant constitutional protections."
19.
"Mr. Parrott has been diagnosed with several severe medical conditions that significantly impair his ability to work. These include a massive brain tumor, which required emergency surgery, and subsequent heart failure. 1 These conditions have resulted in ongoing physical and mental health challenges, including claustrophobia and anxiety, which further hinder his daily functioning and employability. 2 Despite these documented medical issues, Mr. Parrott's application for disability benefits was denied, citing insufficient work credits and lack of medical evidence. 3"
"Under the Social Security Act, individuals who are unable to engage in substantial gainful activity due to medically determinable physical or mental impairments are entitled to disability benefits. Mr. Parrott's medical records, including those from Dr. Eric Sauvageau, substantiate his claims of severe impairments. 4 Furthermore, the denial of" "benefits contravenes the principles of equal protection and due process as enshrined in the Fifth and Fourteenth Amendments of the United States Constitution. These amendments guarantee that no individual shall be deprived of life, liberty, or property without due process of law, nor be denied equal protection under the law."

5. **RELIEF.** Briefly state exactly what you want the court to do for you.

The Plaintiff Seeks monetary damages in the amount of claims involved, with an amount claimed of $75,000,000 For the losses incurred due to the years of professional malpractice, The Social Security Administration, The nature of the suit is associated with the Health and Human Services (HHS) agency. And the Department Of Education Vocational rehabitation . And whatever else this court sees just inappropriate.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this  30th  day of  April  ,  2025  .
          (day)         (month)         (year)

_____
Signature of Plaintiff(s)

A-7